IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNELL SAQUAN BARNES,   )<br>          Plaintiff,                  )<br>                                              )<br>v.                                          )<br>                                              )<br>CLARK, ET AL,                    )<br>          Defendant(s).             ) | Civil Action No. 7:13-cv-00420<br><br>**MEMORANDUM OPINION**<br><br>By:    Norman K. Moon<br>United States District Judge |

Donnell Saquan Barnes, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 . By Orders entered 9/11/2013 and 9/25/2013, the court directed plaintiff to submit within 10 days from the date of the Order the certified inmate account report and the six-month account statements for the six-month period immediately preceding the filing of the complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has not returned the financial statements. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 30th day of October, 2013.

United States District Judge