IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNELL SAQUAN BARNES,  )  | |
|     Plaintiff,  ) | Civil Action No. 7:13-cv-00420 |
| ) | |
| v.  ) | **DISMISSAL ORDER** |
| ) | |
| CLARK, ET AL,  ) | By:   Norman K. Moon |
|     Defendant(s).  ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of October, 2013.

_____
United States District Judge